IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01393-ZLW-BNB

VANESSA SAMUELS,

Plaintiff,

v.

BROOMFIELD POLICE DEPARTMENT,
SERGEANT GENE PEARSON, in his official capacity, and
SERGEANT DAN FESSENDEN, in his official capacity,

Defendants.

_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that on or before **September 18, 2009,** the parties shall submit a revised proposed scheduling order, modified as discussed at the scheduling conference this morning.

Dated September 8, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge