IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   09-cv-01393-ZLW--BNB | Date: October 23, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| VANESSA SAMUELS, | Qusair Mohamedbhai |
| Plaintiff(s) | |
| v. | |
| BROOMFIELD POLICE DEPARTMENT, SERGEANT GENE PESARSON, in his official capacity, SERGEANT DAN FESSENDEN, In His Official Capacity | Andrew Nathan |
| Defendant(s). | |

**COURTROOM MINUTES**

HEARING: MOTION

Court in Session:      1:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Stipulated motion to amend caption [doc #17; filed 10/14/09] is denied as stated on the record**

Court in Recess       1:37 p.m.      Hearing concluded.    Total time in Court:     00:04

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.