IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01393-ZLW-BNB

VANESSA SAMUELS,

Plaintiff,

v.

BROOMFIELD POLICE DEPARTMENT,
SERGEANT GENE PEARSON, in his official capacity, and
SERGEANT DAN FESSENDEN, in his official capacity,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Stipulated Motion to Amend Caption** [Doc. # 17, filed 10/14/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED. The parties may file a motion to amend the complaint to accomplish their desired purpose.

Dated October 23, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge