**MINUTE ENTRY FOR SETTLEMENT**

TO:          Docketing

FROM:        Boyd N. Boland
             United States Magistrate Judge

DATE:        January 14, 2010

RE:          Case No.:     09-cv-01393-ZLW-BNB
             Case Name:    Samuels v. Broomfield Police Department

             __X__        A settlement conference was held today.  No settlement was
                          reached as to any claims.

             _____        A settlement conference was held today, and a settlement was
                          reached as to

                          _____  All claims.  The parties shall file a motion or stipulated to
                                 dismiss on or before **.

                          _____  Claims between ** and **.  A motion or stipulation to
                                 dismiss the settled claims will be filed on or before **.

             Settlement conference and preparation time:   3 hours 30 minutes

             Record Made:    No

                             * * * * * * * * * * * * * * * *

             _____        Supplemental settlement negotiations were held on **.

             Time involved: