IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01393-ZLW-BNB

VANESSA SAMUELS,

Plaintiff,

v.

BROOMFIELD POLICE DEPARTMENT,
SERGEANT GENE PEARSON, in his official capacity, and
SERGEANT DAN FESSENDEN, in his official capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the **Stipulated Motion to Stay Case for Twenty Days and Modify the Scheduling Order** [Doc. # 37, filed 4/1/2010] is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to extend the discovery cut-off and dispositive motion deadline by 20 days. The case schedule is modified to the following extent:

        Discovery cut-off:        April 28, 2010

        Dispositive motions deadline:        June 1, 2010; and

DENIED in all other respects.


DATED: April 5, 2010