IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01393-ZLW-BNB

VANESSA SAMUELS,

    Plaintiff,

v.

BROOMFIELD POLICE DEPARTMENT,
SERGEANT GENE PEARSON, in his official capacity,
SERGEANT DAN FESSENDEN, in his official capacity,

    Defendants.

---

ORDER OF DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE

---

It is ORDERED that the Unopposed Motion By Plaintiff To Dismiss With Prejudice All Claims Against Sergeant Gene Pearson And Dan Fessenden (Doc. No. 40) is granted. It is

FURTHER ORDERED that Defendants Sergeant Gene Pearson and Sergeant Dan Fessenden are dismissed from this action with prejudice, the parties to pay their own costs and attorney's fees. It is

FURTHER ORDERED that the case caption shall be amended to reflect the dismissal of Defendants Pearson and Fessenden.

DATED at Denver, Colorado this 5th day of May, 2010.

                            BY THE COURT:

                            _____
                            ZITA LEESON WEINSHIENK, Senior Judge
                            United States District Court